# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA F. STINNETT GRAY, | Case No. 2:17-cv-02123-APG-NJK |
| Plaintiff(s), | |
| v. | REPORT AND RECOMMENDATION |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant(s). | |

On October 6, 2017, the Court screened Plaintiff's complaint and exhibit thereto, finding that she failed to allege that she had exhausted her administrative remedies, that her appeal was timely, the nature of her disability, and when she claims to have become disabled. Docket No. 6 at 4. The Court further found that the complaint failed to include a plain statement identifying the grounds on which Plaintiff contends that the Social Security Administration had erred. *Id.* The Court ordered Plaintiff to file an amended complaint by November 6, 2017. *Id.* at 5. The Court warned that "[f]ailure to comply with this order will result in the recommended dismissal of this case, without prejudice." *Id.* To date, neither an amended complaint nor a request for an extension have been filed.

The willful failure of Plaintiff to comply with the Court's order is an abusive litigation practice that has interfered with the Court's ability to hear this case, delayed litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice. Sanctions less drastic than dismissal are unavailable because Plaintiff has willfully refused to comply with the Court's order despite the warning that sanctions including dismissal may result.

Accordingly, **IT IS RECOMMENDED** that this case be dismissed without prejudice.

DATED: January 4, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge

## NOTICE

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). This Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).