# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRENDA STINNETT GRAY, <br><br> Plaintiff, <br><br> v. <br><br> SOCIAL SECURITY, <br><br> Defendant. | Case No. 2:17-cv-02123-APG-NJK <br><br> **ORDER ON REPORT AND RECOMMENDATION** <br><br> (ECF. Nos. 8, 9) |

On January 4, 2018, Magistrate Judge Koppe entered a report and recommendation that I dismiss the complaint because plaintiff Brenda Stinnett Gray did not file an amended complaint by November 6, 2017 as ordered. Gray did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

After Judge Koppe entered her report and recommendation, Gray moved for a transfer of this case to Indiana. Because there is no complaint to transfer, I deny that motion. However, I dismiss the complaint without prejudice, so Gray may file a complaint in Indiana if she wishes to continue to pursue a claim.

IT IS THEREFORE ORDERED that Judge Koppe's report and recommendation **(ECF No. 8) is accepted**, plaintiff Brenda Stinnett Gray's motion to transfer **(ECF No. 9) is DENIED**, and the complaint is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 2nd day of February, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE